IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVERETT L. SPILLARD,**<br><br>                                    Petitioner,<br><br>          v.<br><br>**CUEVA, Warden,**<br><br>                                    Respondent. | Case No. 21-cv-02430 BLF (PR)<br><br>**ORDER** |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **January 11, 2022**, in which to file with the Court and serve on petitioner an answer to the petition for writ of habeas corpus.  If petitioner wishes to respond to the answer, he shall file with the Court and serve on respondent a traverse within **thirty (30) days** of his receipt of the answer.

IT IS SO ORDERED.

Dated:  __November 17, 2021____

*/s/ Beth Labson Freeman*
The Honorable Beth Labson Freeman
United States District Judge