UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT L SPILLARD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CUEVA,<br><br>　　　　　Respondent. | Case No. 21-cv-02430-BLF  (PR)<br><br>**JUDGMENT** |

　　　For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

　　　**IT IS SO ORDERED.**

Dated: April 3, 2023

_____
BETH LABSON FREEMAN
United States District Judge