UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT L. SPILLARD, II,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CUEVA, Warden,<br><br>　　　　　Respondent. | Case No. 21-cv-02430 BLF (PR)<br><br>**ORDER DENYING MOTION TO COMPEL RULING AS MOOT**<br><br>(Docket No. 27) |

Petitioner, a California prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. On April 3, 2023, the Court denied the petition on the merits and denied a certificate of appealability; judgment was entered the same day. Dkt. Nos. 25, 26.

On April 13, 2023, Petitioner filed a "motion to compel ruling," which was signed March 30, 2023. Dkt. No. 27. It appears Petitioner sent this motion before he received the court's decision. Accordingly, the motion is DENIED as moot.

This order terminates Docket No. 27.

**IT IS SO ORDERED.**

**Dated: ___April 14, 2023_____**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Denying Motion for Ruling as Moot
P:\PRO-SE\BLF\HC.21\02430Spillard_mot(moot).docx